ACCEPTED
12-14-00302-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/12/2015 5:18:55 PM
CATHY LUSK
CLERK

NO. 12-14-00302-CV

IN THE TWELFTH COURT OF APPEALS
TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/12/2015 5:18:55 PM
CATHY S. LUSK
Clerk

CORRINE AUGUSTINE NICHOLS HILL SHEARER

*Appellant*

v.

DAVID SHEARER, INDIVIDUALLY AND AS THE INDEPENDENT
ADMINISTRATOR OF THE ESTATE OF JOHN WILLIAM SHEARER, III

*Appellee*

Appeal from the County Court at Law No. 2
Gregg County, Texas

## APPELLEE'S MOTION TO EXTEND APPELLEE'S TIME TO FILE HIS MOTION TO RESET ORAL ARGUMENT/MOTION FOR CONTINUANCE

Appellee David Shearer, Individually and as the Independent Administrator of the Estate of John William Shearer, III asks the Court to extend his time to file a Motion to Reset Oral Argument from his current deadline of August 17, 2015 to September 2, 2015, and would respectfully show this Court as follows:

### A.    INTRODUCTION

1.    Appellant is Corrine Augustine Nicholas Hill Shearer; Appellee is David Shearer.

2.    Oral argument is currently scheduled for October 22, 2015 at 9:00 a.m.

3.     Appellee's current deadline to file his Motion to Reset Oral Argument/Motion for Continuance is currently August 17, 2015.

## B.     ARGUMENT AND AUTHORITIES

4.     The Court has the authority under Texas Rule of Appellate Procedure 10.5(c) to reset oral argument.

5.     Appellee respectfully asks the Court for an extension of time to file his Motion to Reset Oral Argument/Motion for Continuance because Appellee's attorney, Carson R. Runge, is currently scheduled to be in trial on October 22, 2015. Specifically, Carson R. Runge is scheduled to be in trial in Anderson County, Texas starting on October 19, 2015 in the case styled Cause No. 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; *Kelvin Carr v. Taylor Industries, LLC*; In the 369th Judicial Court of Anderson County, Texas. A copy of the order setting the case for trial is attached as Exhibit "A." The trial is anticipated to last two and a half weeks.

6.     However, the parties in *Kelvin Carr v. Taylor Industries, LLC* are currently scheduled to mediate the case on August 27, 2015. See Exhibit "B," Mediation Notice from Gilbert Mediation Group. If the case settles at mediation, Appellee's attorney, Carson R. Runge, will be able to attend the current October 22, 2015 setting for oral argument. Instead of filing a Motion to Reset Oral Argument/Motion for Continuance now with the chance that the *Carr v. Taylor Industries, LLC* case could settle at mediation, Appellee respectfully requests that this Court grant Appellee an extension of time, until September 2, 2015, to file a Motion to Reset Oral Argument/Motion for Continuance.

7.     Carson R. Runge is a member of the Sloan, Bagley, Hatcher & Perry Law Firm. Carson R. Runge tried the underlying case to a jury verdict and has handled the appeal. As such,

no other attorney in the firm is able to argue this case because no other attorney is familiar with the facts of the case.

8.     To date, no motion to reset oral argument has previously been granted in this case.

## C.    CONCLUSION

9.     Appellee respectfully asks the Court to grant Appellee an extension of time (16 days) to file a Motion to Reset Oral Argument/Motion for Continuance due to Appellee's Counsel's current trial setting and upcoming mediation.

## D.    PRAYER

For these reasons, Appellee David Shearer, Individually and as the Independent Administrator of the Estate of John William Shearer, III asks the Court to grant this motion and extend Appellee's deadline to file a Motion to Reset Oral Argument/Motion for Continuance from August 17, 2015 to September 2, 2015.

Respectfully submitted,

CARSON R. RUNGE
Texas Bar No. 24059262
crunge@sloanfirm.com
Sloan, Bagley, Hatcher & Perry Law Firm
101 East Whaley Street
P.O. Drawer 2909
Longview, Texas 75606

Telephone: (903) 757-7000
Facsimile: (903) 757-7574

ATTORNEY FOR APPELLEE

## CERTIFICATE OF CONFERENCE

This to certify that the undersigned attorney of counsel contacted counsel for Appellant and he is unopposed to the filing of this motion.

_____
CARSON R. RUNGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been served on the following pursuant to the Texas Rules of Civil Procedure this 13 day of August, 2015

Mr. Chad Parker
The Parker Firm
3808 Old Jacksonville Rd.
Tyler, TX 75701

_____
CARSON R. RUNGE

| KELVIN CARR and KRYSTLE CARR | § | IN THE DISTRICT COURT |
|---|---|---|
| Plaintiffs, | § | |
| | § | |
| v. | § | OF ANDERSON COUNTY |
| | § | |
| TAYLOR INDUSTRIES, LLC, | § | |
| Defendant. | § | 369TH JUDICIAL DISTRICT |

## AGREED SCHEDULING ORDER

The following Scheduling Order shall apply to this case unless modified by the Court. If no date is given below, the item in question shall be governed by the Texas Rules of Civil Procedure. All deadlines listed below may be amended by written agreement of all Plaintiffs and Defendant.

1. 10/19/2015    JURY SELECTION/TRIAL – 9:00 AM

2. 10/09/2015    PRE-TRIAL CONFERENCE – 9:00 AM

   Counsel shall provide to the Court and all other counsel the following items: (1) Proposed Jury Charge(s); (2) Motion(s) in Limine; (3) Exhibit List(s); (4) Deposition Testimony Designation(s); and (5) Witness List at least one week prior to pre-trial. Counsel shall meet and confer with each other concerning their respective pre-trial documents and each party's respective objections at least two-days prior to pre-trial.

3. 09/14/2015    DISPOSITVE MOTIONS

   Deadline to file dispositive motions and/or file any motion challenging an expert witness. Responses are due fifteen (15) days after service on the opposing party.

4. 09/14/2015    *DAUBERT* MOTIONS DEADLINE

EXHIBIT

A

tabbies

**5. 09/01/2015    DISCOVERY DEADLINE**

All depositions must be taken and all written discovery requests must be served so that the responses are due on or before this date. Counsel may initiate discovery beyond this deadline by agreement.

**6. 08/19/2015    JOINDER**

All parties must be added and served, whether by amendment or third-party pleading, by this date. Defendant shall designate responsible third parties pursuant to Section 33.004 of the Texas Civil Practice and Remedies Code, if any, on or before this date. If Defendant designates a responsible third party on or before this date, Plaintiff will have thirty (30) days to join the responsible third party as a party. The party causing the joinder shall provide a copy of the scheduling order at the time of service.

**7. 08/14/2015    PLAINTIFFS' RETAINED REBUTTAL TESTIFYING EXPERT WITNESS DESIGNATION and EXCHANGE OF RETAINED REBUTTAL EXPERT REPORTS**

Plaintiff's counsel shall provide to all other counsel a list including each retained testifying rebuttal expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained rebuttal experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained rebuttal experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

**8. 08/03/2015    MEDIATION DEADLINE**

**9. 07/30/2015    DEFENDANT'S RETAINED TESTFYING EXPERT WITNESS DESIGNATION    and EXCHANGE OF RETAINED EXPERT REPORTS**

Defendant's counsel shall provide to all other counsel a list including each retained testifying expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

**10. 06/30/2015 PLAINTIFFS' RETAINED TESTIFYING EXPERT WITNESS DESIGNATION and EXCHANGE OF RETAINED EXPERT REPORTS**

Plaintiffs' counsel shall provide to all other counsel a list including each retained testifying expert's name, address, and the topic of the witness's testimony along with the Expert Reports (by retained experts). This will include a current curriculum vitae and list of testimony for the past four years. Retained experts not listed in compliance with this paragraph will not be permitted to testify absent a showing of good cause.

SIGNED this the 21st day of April, 2015.

_____
PRESIDING JUDGE

AGREED TO FORM AND SUBSTANCE:

_____
Jerrod L. Allen
J. Ian Sadler

WEST ALLEN LAW FIRM, PC
211 N. Center St.
Longview, Texas 75601
Phone: 903-212-9300
Fax:    903-212-9301
jallen@westallenlaw.com
isadler@westallenlaw.com

*Attorneys for Defendant Taylor Industries, LLC*

_____
M. Raymond Hatcher
Carson R. Runge

SLOAN, BAGLEY, HATCHER & PERRY LAW FIRM
101 East Whaley Street
Post Office Drawer 2909
Longview, Texas 75606
Facsimile: (903) 757-7574
rhatcher@sloanfirm.com
crunge@sloanfirm.com

*Attorneys for Plaintiffs Kelvin Carr and Krystle Carr*

# GILBERT MEDIATION GROUP

CBS Television/CBS Tower
12001 N. Central Expressway
Suite 650
Dallas, Texas 75243
(214) 303-4500
Facsimile (214) 303-4501
www.gmgtexas.com

Greg McCarthy
Attorney-Mediator

July 29, 2015

Via Facsimile (903) 757-7574
Carson R. Runge, Esq.
Sloan Bagley Hatcher & Perry Law Firm
101 East Whaley Street
P.O. Drawer 2909
Longview, TX 75606

Via Facsimile (903) 212-9301
Jerrod L. Allen, Esq.
West Allen, PC
211 N. Center Street
Longview, TX 75601

RE: *Kelvin Carr v. Taylor Industries, L.L.C.*
Cause No. 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

Dear Counsel:

This will confirm the mediation in the above matter has been scheduled for a full day session. The cost for mediation will be $1,450.00 per party, per full day (invoice enclosed). Mediation has been scheduled as follows:

DATE: Thursday, **August 27, 2015**

TIME: 9:30 a.m. to 5:30 p.m.

LOCATION: CBS TELEVISION/CBS TOWER
12001 N. CENTRAL EXPRESSWAY
SUITE 650
DALLAS, TEXAS 75243

IMPORTANT – PLEASE READ!!!!!!

CANCELLATION POLICY

I consider the mediation date to be a contractual commitment. Should an emergency conflict with our mediation date, I would appreciate your courtesy in notifying me promptly so we may reschedule prior to your trial date and try to avoid cancellation fees. Due to an increasing trend toward last minute cancellations, the very survival of my full time mediation practice requires that this policy be consistently enforced. All dates have multiple requests for settings which are rejected in order to protect your previously reserved date.

EXHIBIT

Cancellation within TEN business days of the reserved mediation date for any reason other than unforeseeable emergency will result in a cancellation charge of up to the full mediation fee. We always attempt to fill canceled days and if we are successful, no charge is imposed. If, due to the late cancellation we are unable to fill the date we have reserved for you, the charge will be imposed.

Occasionally, a scheduled day for mediation is used as an incentive to negotiate for settlement of the case prior to mediation. Mediations which cancel because of settlement within ten business days of the mediation resulting in a lost day of productivity will require payment of the full fee due for that mediation. As always, if we are successful in rescheduling a case to fill that date, no cancellation fee will be charged, but otherwise the full mediation cost is incurred. If you schedule a mediation with me, please be prepared to fulfill that contract.

I have enclosed the Rules for Mediation which I would appreciate you discussing with your client if they have not been through this process. Also enclosed please find an Attorney's Information Sheet and Request for Mediation, which I would request you complete and return to me at your earliest convenience.

If you or your client would like to check for any potential conflicts for any of the Gilbert Mediation Group Mediators, please visit our Firm Affiliations section at our website at www.gmgtexas.com to see a complete list of all of the past or present firms with which our mediators have been associated. If you have any questions or concerns, please do not hesitate to contact us.

I look forward to working with you on this case and hope that we can reach a settlement on behalf of your respective clients. If you need any assistance prior to your scheduled mediation date, please contact my assistant, Brenda Gutierrez, by email at brenda@gmgtexas.com or phone at (214) 303-4505.

Very truly yours,

*Greg McCarthy*

Greg McCarthy

GM/bg
Enclosures